```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-                                       15 Cr. 445 (PAE)

ANDREW ECHEVARRIA, ET AL ,              ORDER

            Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       A status conference in the above-captioned case is scheduled for Thursday, May 5, 2016, at 10 a.m. At that conference, the Court, *inter alia*, will direct the Government and coordinating discovery counsel to provide updates as to the status of discovery. In addition, the Court expects at that conference to set a deadline for the return of a superseding indictment in this case and is considering setting a trial date (or dates) for defendants who are not subject to the superseding indictment.

       To assist the Court in its consideration of these issues, the Court directs the Government, by 3 p.m. on Wednesday, May 4, 2016, to file a letter on ECF setting out (1) its present expectations as to the structure and scope of a superseding indictment, including its expectations as to approximately how many present defendants will not face additional charges in a superseding indictment, and (2) its views as to the appropriate deadline for a superseding indictment and the appropriate trial date for defendants who will not face additional charges. For avoidance of doubt, the Government's forecasts in the May 4 letter as to these matters will not bind the Government. They are sought merely to assist the Court in case management. Also for

avoidance of doubt, the Court does not require the Government, in describing the anticipated superseding indictment, to address charges against particular defendants by name.

SO ORDERED.

Dated: May 3, 2016
      New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge