GERALD J. DI CHIARA
ATTORNEY AT LAW
3 PARK AVENUE, 31ST FLOOR
NEW YORK, NEW YORK 10016

(212) 679-1958
FAX NO. (646) 307-6984

LAURA DI CHIARA, ESQ.

May 4, 2016

Honorable Judge Paul A. Engelmayer
U.S. District Court
Southern District of New York
500 Pearl Street
N.Y., N.Y. 10007

Re:   U.S. v. Echevarria
      15 Cr 445(PAE)

Dear Judge Engelmayer,

As Court appointed counsel to Andrew Echevarria, in this matter, I hereby request that the Court authorize an additional 10 hours of billing time for my associate Laura Di Chiara, pursuant to the Criminal Justice Act.

Laura Di Chiara, has worked as my associate since 1989, and assisted in the defense of my clients, including those that are Court appointed. Based upon the voluminous discovery this case has presented, Ms. Di Chiara has exhausted the 10 hour billable time provided by the CJA, for associate billing, without court authorization. This additional time is requested to permit her to continue in her assistance of the discovery review, as well as other aspects of defense for this client.

Respectfully,

Gerald J. Di Chiara

So Ordered:   _____
              Judge Paul A. Engelmayer