```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
                       -v-                                  :         15-CR-445 (PAE)
                                                            :
ANDREW ECHEVARRIA et al.,                                   :         SCHEDULING ORDER
                                                            :
                       Defendant.                           :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/16

PAUL A. ENGELMAYER, United States District Judge:

Today, the Court held a status conference in the above case. At the conference, the Court set, *inter alia*, the following deadlines:

- The Government shall seek a superseding indictment, if any, by July 8, 2016.

- The Court will next hold conferences in this matter on July 14, 2016 at 10 a.m. and at 2 p.m. The 10 a.m. conference will be for all defendants in "Group A", defined as those as to whom the superseding indictment does not contain any new charges. The 2 p.m. conference will be held for all defendants in "Group B", defined as defendants who face new charges. Both conferences will be held in courtroom 318 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

- Jury selection for the Group A trial will begin on October 24, 2016, and the trial itself will begin on October 31, 2016.

- All lead defense counsel should assume—pending unambiguous notification to the contrary from the Government—that his or her client is in Group A and should preserve their availability and be prepared to go to trial on the dates above.

Any lead defense counsel that has a preexisting trial commitment that conflicts with this schedule must file a letter by May 6, 2016 at 5 p.m. reciting the name of the case presenting the conflicting trial schedule, the docket number, and the judge; the firm trial date in that case; the anticipated trial length; and the likelihood that it will go to trial. Counsel should also list any other firm trial dates (and the other data related to such trials identified above) in the ensuing four months.

For the reasons stated on the record at today's conference, time is excluded until July 14, 2016 as to all defendants, including to permit counsel to continue to exchange and review the voluminous discovery in this case. *See* 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: May 5, 2016
New York, New York