LAW OFFICES OF
# DRATEL & MYSLIWIEC
A PROFESSIONAL CORPORATION

2 WALL STREET
3rd Floor
NEW YORK, NEW YORK 10005
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
www.dratelmys.com

JOSHUA L. DRATEL                                                                             STEVEN WRIGHT
—                                                             *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

May 5, 2016

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:        *United States v. Echeverria (Jonathan Harris)*,
                                  S2 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

      This letter is submitted on behalf of defendant Jonathan Harris, whom I have been appointed to represent in the above-captioned case, and responds to the Court's direction that counsel inform the Court of any scheduling conflicts with the October 24, 2016, date for jury selection (and October 31, 2016, date for commencement of trial) for the Group A defendants in this case.

      I am scheduled to begin trial October 24, 2016, in *United States v. Coll*, 15 Cr. 360 (LAP), in the Southern District of New York. That trial is expected to last between 3-4 weeks, and charges a denial of civil rights with death resulting (as a result of an incident at Rikers Island). The trial was recently adjourned from May 29, 2016, and the defendant is in custody (and has been so since June 2015).

Respectfully submitted,

*[signature]*

Joshua L. Dratel

JLD/