**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2016

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/2016
```

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**    *United States* v. *Jonathan Rodriguez, et al.*, S2 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

    At the May 5, 2016 status conference, Your Honor requested that, leading up to the July 8, 2016 superseding indictment deadline set by the Court, the Government provide defense counsel periodic updates regarding which defendants the Government believes will not face additional charges in the superseding indictment. The Court requested that the Government provide the first update on May 13, 2016. At this date, however, the Government is not in a position to identify those defendants—even in a non-binding manner—who are unlikely to face additional charges in any superseding indictment. The Government expects to be in a position to identify some of the defendants it believes are unlikely to face additional charges by the next periodic update requested by the Court, on June 10, 2016. To the extent the Government is able to determine that a particular defendant is unlikely to face additional charges in a superseding indictment before June 10, 2016, the Government will promptly communicate that belief to the appropriate defense counsel.

Respectfully submitted,

The Court appreciates this notification.

PREET BHARARA
United States Attorney

5/19/2016    By:    /s/

SO ORDERED.

*/s/ Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Samson Enzer
James McDonald
Dina McLeod
Assistant United States Attorneys
Tel. (212) 637-2342 / -2405 / -1040

cc: All defense counsel (by ECF)