```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,           :
                                            NOTICE OF APPEARANCE
        - v. -                      :       AND REQUEST FOR
                                            ELECTRONIC
ANDREW ECHEVARRIA, et al.,          :       NOTIFICATION

            Defendants.             :       15 Cr. 445 (PAE)

- - - - - - - - - - - - - - - - - - x
```

To:   Clerk of Court

      United States District Court

      Southern District of New York

The undersigned attorney respectfully requests the Clerk of Court to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney
                          Southern District of New York

                    By:   /s/_____
                          Andrew C. Adams
                          Assistant United States Attorney
                          Southern District of New York
                          (212)637-2340