```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
            -v-                                             :     15 Cr. 445-11 (PAE)
                                                            :
JONATHAN HARRIS,                                            :     ORDER
                                                            :
                        Defendant.                          :
                                                            :
------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court has received a letter (Dkt. 229) from counsel for defendant Jonathan Harris, seeking his pretrial release pursuant to 18 U.S.C. § 3142. The Court directs the Government to file its response by Friday, June 17, 2016, and to furnish the Court, along with its response, with the pretrial services report prepared regarding Mr. Harris at the time of his initial presentment, and the transcript of the hearing before the Magistrate Judge to Mr. Harris's detention. The Court will hold a hearing on Mr. Harris's application on **Wednesday, June 22, 2016, at 2:30 p.m.**, in **Courtroom 1305** of the Thurgood Marshall Courthouse.

       SO ORDERED.

Dated: June 10, 2016
       New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge