UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA,              :

                 -v-                               :           15 Cr. 445-11 (PAE)

JONATHAN HARRIS,                       :                <u>ORDER</u>

                     Defendant.                 :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        For the reasons stated on the record at yesterday's conference, the motion for pretrial release is denied. The Clerk of Court is requested to terminate the motion at Dkt. No. 229.

        SO ORDERED.

Dated: June 23, 2016
          New York, New York

                                                   *Paul A. Engelmayer*
                                                   Paul A. Engelmayer
                                                   United States District Judge