```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                                              15 Cr. 445 (PAE)

ANDREW ECHEVARRIA et al,                                            ORDER

                        Defendant.

-----------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court has received today a letter-brief (Dkt. 241) from counsel for defendant Jahnomi Benjamin seeking to quash a subpoena directing Mr. Benjamin to appear before the Grand Jury at 10 a.m. on Friday, July 8, 2016, for disclosure of any tattoos on his person, on the grounds, *inter alia*, that the subpoena would violate Mr. Benjamin's Fourth Amendment rights. The Court later received a letter (Dkt. 242) from counsel for defendant Andrew Echevarria joining in the same motion.

In order to resolve expeditiously these motions, the Court directs the following:

1. To the extent any other defendant who has received a similar subpoena wishes to join in this motion, a letter indicating an intent to so join is due by 5 p.m. on Friday, July 1, 2016. Such a letter is to be filed on ECF.

2. The Government's response to these letters is due by 5 p.m. on Wednesday, July 6, 2016, and is also to be filed on ECF. The Court will endeavor to resolve such motions promptly, on July 9, 2016. Unless the Court quashes the subpoenas, or defers resolution of the motion to quash, the affected defendants are to be prepared to appear before the Grand Jury on the date and time noticed on the subpoena.

SO ORDERED.

Dated: June 30, 2016
      New York, New York

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge