```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/8/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :        15 Cr. 445 (PAE)
                                                                  :
ANDREW ECHEVARRIA et al,                                          :        ORDER
                                                                  :
                              Defendant.                          :
                                                                  :
-------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        A superseding indictment in the above-captioned case was returned this week.

Conferences are scheduled for Thursday, July 14, 2016, with a conference at 10 a.m. with respect

to "Group A" defendants (those as to whom no new charges have been brought) and another at 2

p.m. with respect to "Group B" defendants (all others).   The conferences will be held in

Courtroom 318 of the Thurgood Marshall Courthouse.

        To assist the Court in preparing for these conferences and in its planning, the Court

directs the Government to submit a brief letter identifying which defendants fall into each group

and identifying counsel for each such defendant.  With respect to Group A, the Government's

letter should also set out its present best estimate as to the length and likelihood of trial, briefly

describe the anticipated focus of such a trial, and address whether the Group A defendants are

properly sorted into smaller groups for trial.  With respect to Group B, the Government's letter

should set out its proposal as a schedule through and including the start of trial, including

whether the Group B defendants are properly sorted into smaller groups for trial and if so

specifically why and how, what the anticipated focus would be of any Group B trial(s), and

whether there are defendants (and if so who) who will be subject to capital review by the

1

Attorney General, and the anticipated length of such review.  The Court is mindful that confidential information (e.g., regarding cooperating defendants) may bear on some of these assessments and projections.  To the extent necessary, the Court authorizes the Government to address such information in a separate letter, to be submitted *ex parte*.   The Government's letter is due by noon on Wednesday, July 13, 2016.

SO ORDERED.

Dated: July 8, 2016
      New York, New York

PAUL A. ENGELMAYER
United States District Judge