```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

　　　　-v-　　　　　　　　　　　　　　　　　　　　15 Cr. 445 (PAE)

ANDREW ECHEVARRIA et al,　　　　　　　　　　　ORDER

　　　　　　Defendants.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

　　In yesterday's pretrial conferences and in the scheduling order it issued afterwards memorializing the schedule it set (Dkt. No. 276), the Court scheduled the trial of the "Trial Group 2" defendants for Monday, January 30, 2017. The Court has subsequently discovered a conflict, involving the Court's duty to serve as Part I judge in early February 2017, that requires deferring the trial date for several weeks. Trial of the Trial Group 2 defendants will now commence on Tuesday, February 21, 2017 (the Monday of that week is President's Day). Depending on the anticipated duration of this trial, the Court may hold jury selection the week before. Based on the stated availability of counsel for the Trial Group 2 defendants, it does not appear that this date will preclude counsel for any of these defendants from participating in the trial. The Court regrets any inconvenience caused by this change.

　　SO ORDERED.

Dated: July 15, 2016　　　　　　　　　　　　　　／s／ Paul A. Engelmayer
　　　　New York, New York　　　　　　　　　　　　PAUL A. ENGELMAYER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge