**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL                                                                                   STEVEN WRIGHT
—                                                                                                   *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

July 18, 2016

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:  *United States v. Echeverria (Jonathan Harris)*,
         S2 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

   This letter is submitted on behalf of defendant Jonathan Harris, whom I represent in the above-captioned case. While the Court's revised Scheduling Order (Docket # 277) for Trial Group 2 notes that "it does not appear that this date will preclude counsel for any of these defendants from participating in the trial[,]" this letter reiterates my notice to the Court during the most recent (July 14, 2016) pretrial conference that I am scheduled to proceed to trial in *United States v. Hausa*, 12 Cr. 134 (BMC) commencing February 21, 2017 (which conflict the Court noted at the pretrial conference might necessitate moving Mr. Harris to Group 3 if the *Hausa* trial proceeds).

                Respectfully submitted,

                Joshua L. Dratel

JLD/