UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA  :
:  Notice of Appearance and
              -v.-  :  Request for Electronic
:  Notification
:
ANDREW ECHEVARRIA, et al.,  :
:
              Defendants.  :  S4 15 Cr. 445 (PAE)
:
:
------------------------------------------------------------------------X

TO:    Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney for the
                                          Southern District of New York


                                          by: /s/ Max Nicholas
                                              Max Nicholas
                                              Assistant United States Attorney
                                              (212) 637-1565