# EXHIBIT A

**Xstreets Presents Show and Prove**

---

**Mula Escobar:**  One day I had a dream, it felt so real.  One of my mans got shot.  It got me hungry to kill.  I smoked with him before it happened.  He told me the news that he just got his diploma, getting ready to move.  Maybe up high in the mountains, just away from the hood.  What's good, what it is.  This is Mula.  Shout out to cross streets.  We in the Bronx.  College Ave, 145th.  Yeah it's Mula Ave. out here.  Y'all already know.  Yo, shout out to cross streets U/I

**UM:**  I gots to talk.  I gotta talk about my life as I see it.  Biggie.

**Mula Esobar:**  Hey.  Cross streets. Mula.  Rich guy from the south.  Bricks in the broken house.  I ain't grow up living right.  So my back was watching out.  Hands calling deadly weapons, don't believe in first impressions.  Never knew that I'm a savage.  I'm a type that let him have it.  Pull that trigger in a second.  You better watch the ones you mess with.  Face impression "chic aching", once I see him moving strange, bullets flying quarterback.  Like these pussies Thundercats.  Moving work is U/I no receipt, no money back.  You heard from hustlers in the trap.  Flashing a lot don't make it hot.  Trust the Ninjas, not the rat.  Smoking on a lot of smoke.  Living white, just like the Pope.  Paparazzi cameras watching.  Hustle for designer shopping.  Gun out, it ain't a option.  If it jam, we going boxing.  Hands work like nine to five.  I think before the U/I  what you thought, what you thought, I be on my Spanish shit.  Make that nigga Salsa, when I be on my blammin' shit.  Offense, defense, you ain't seen beef yet.  Looking both ways, you ain't even in the street yet.  Pussy!  Man P.S., Mula Escobar man.

**UM2:**  Yeah nigga.  U/I nigga.

**Mula Escobar:**  U/I

**UM2:**  146 man we here.

**Mula Escobar:**  Let's do this shit man, gang to gang.

**UM:**  Biggie.

**Mula Escobar:  Yo,  what's good man.  It's Mula Escobar.  Shout out to Cross Streets, I just bodied that.  Y'all could look me up on Facebook, Instagram, You Tube.  All my music y'all already know.  Show me love baby.  I was here, BX.  Hey!**

**End**