# **EXHIBIT C**

**Maybach and Nauti Mackin and Ballin Playing Wit the Beat**

**DIQUINN LACEND:  One to the Two, Three to the Four**
**That's me, Strong, Mills, man knockin on your door**
**Get on my extort shit shoot you to the floor**
**The sour and the piff got me fucking raw**
**Chillin in the hood with some fucking slaw**
**We hear shit, bout to get some [U/I]**

**WILLIAM KNOX: Young Money is the crew, yeah we sip Grand Cru**
**Loose off the goose, talk shit lose a tooth**
**The gunna in the booth, if there's beef I'm gonna shoot**
**Have a nigga pissing and shitting out of a tube**
**Puffin on that sour, high by the hour**
**Thanks to Money Mark for that motherfucking sour**
**18 Park will wash your ass up like a shower**

**Get Money Boys, Money speak louder**
**Yeah we on the block like trees and rocks**
**Yeah we on the block got trees and rocks**
**Eyes on guard like that motherfucking glock**
**I ain't trying to get knocked by the motherfucking cops**

**Free king Tre, my son up top**
**Free my son Peso, my son was up top**
**Getting it popping with the cops ended up in the box**
**Yeah I'm just stylin, my young boys wil'in**

**LACEND and KNOX:  My trigger finger naughty**
**It's type like to move like I'm playing with a shorty**
**You act up, I back up and let lose the forty**
**Best believe you grading shit correctly**
**Casue it aint no stopping me**
**Fuck you pay me bitch, it's young money**
**Trust no one cause niggas act funny that's [U/I] gun be aiming for you dummies**

**The hood slipping up now**
**Man I'm kind of lost now**
**Niggas is mad grew from a child to a boss**
**I just bought a 9 in the desert**
**Strong it's time to extort**

**KNOX:  Free Bebs**
**JC Baller**
**Little Lee**

**KNOX:  Eyes low hydro, got a nigga high though**
**Call up Money Mark for that motherfucking sour**
**Yeah we stay high, every minute every hour**
**Wake up to a dutch, fill it up with sour**
**Might call up Bebs to roll up the sour**
**Call my young boys on the block pitching powder**
**Later hit the sour, gotta hit the sour call up Money Mark for that motherfucking sour**

**SIP Max E**

**End**