

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2016

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Jonathan Rodriguez, et al.*, S6 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes to inform the Court that earlier today, a grand jury sitting in this District returned a superseding indictment (the "S6 Indictment") in this case. The S6 Indictment makes three modifications to the previously operative version of the indictment (the "S4 Indictment"). The modifications do not result in any new discovery for any of the defendants. Earlier this week, the Government contacted defense counsel for each of the four defendants expected to proceed to trial on October 31, 2016 and notified counsel of the Government's intention to seek the return of the S6 Indictment and the nature of the modifications. The modifications are as follows:

1. In Count One, acts involving robbery have been added as a type of predicate racketeering activity.

2. Defendant Miguel Romero, who was previously charged in Count One (racketeering conspiracy) and Count Thirteen (use of firearms), has been added as a defendant in Count Ten (narcotics conspiracy).

3. The firearms charge in Count Thirteen, which was previously tied only to the racketeering conspiracy charged in Count One, is now also tied to the narcotics conspiracy charged in Count Ten.

In addition, the Government has corrected two typographical errors that were in the S4 Indictment.

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney

By:           /s/
                              James McDonald
                              Max Nicholas
                              Assistant United States Attorneys
                              Tel. (212) 637-2405/1565

cc: All Counsel (by ECF)