

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2016

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Jonathan Rodriguez, et al.*, S6 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes in response to the Court's Order of September 29, 2016 directing the parties to provide their best estimate of the length of trial for the Group 1 defendants, which is set to begin October 31, 2016. The Government currently anticipates that its case-in-chief will require two to three weeks of the Court's trial calendar. This estimate takes into account the Government's expectation that the trial will involve three defendants.
.

                      Respectfully submitted,

                      PREET BHARARA
                      United States Attorney

        By:          /s/
                      James McDonald
                      Max Nicholas
                      Assistant United States Attorneys
                      Tel. (212) 637-2405/1565

cc: All Counsel (by ECF)