

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 7, 2016

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States* v. *Jonathan Rodriguez, et al.*, S6 15 Cr. 445 (PAE)

Dear Judge Engelmayer:

    The Government respectfully writes to revise our response to the Court's Order of September 29, 2016 directing the parties to provide their best estimate of the length of trial for the Group 1 defendants, which is set to begin October 31, 2016. The Government stated on September 30 that we expected our case-in-chief to require two to three weeks of the Court's trial calendar. After continuing to consider the issue throughout this week, the Government now believes that the better estimate is three to four weeks, taking into account the number of defendants and the likelihood of multiple cross-examinations of many of the witnesses. Therefore, we believe that an estimate of three to four weeks is more accurate than the estimate we provided on September 30, and we apologize for the delay in providing this response.
.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By:        /s/
    James McDonald
    Max Nicholas
    Assistant United States Attorneys
    Tel. (212) 637-2405/1565

cc: All Counsel (by ECF)