USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

RAHEEM AMARIZAN,
COREY HEYWARD,
MIGUEL ROMERO,

             Defendant.

------------------------------------------------------------------X

15 Cr. 445 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    A final pretrial conference in this case is scheduled for October 14, 2016, at 10 a.m., at which the Court expects, *inter alia*, to rule on the parties' pending motions. This order requests certain material relevant to those motions.

    1.    On October 5, 2016, John M. Burke, Esq., counsel for defendant Raheem Amarizan, submitted a letter, Dkt. 361, seeking to preclude certain evidence of categories of evidence which, he states, were listed in a September 30, 2016 letter of the Government's that listed background or Rule 404(b) evidence. The Court has not been furnished with that letter. The Court directs counsel for the Government to provide it to the Court immediately. Mr. Burke's letter also referenced the Government's enterprise letter, but was not clear whether that letter is the September 30, 2016 letter, or a different letter; if the latter, then the Court directs the Government to provide this letter immediately as well. As to the substance of Mr. Burke's letter, the Court directs the Government to respond by Tuesday, October 11, 2016, at 5 p.m.

2.  On September 19, 2016, the Government submitted its motions in limine, Dkt. 326, to which, on September 30, 2016, Mr. Burke timely responded with a brief in opposition, Dkt. 354. The Government's motions relate, in part, to certain rap videos, which, it represents, remain publicly accessible on YouTube. To facilitate its review of that issue, and to assure that a permanent record is maintained of those videos in the event they become inaccessible on YouTube, the Court directs the Government promptly (1) to provide the Court with a disc or thumb drive containing those videos, and (2) to file a copy of those videos on the docket of this case.

SO ORDERED.

Dated: October 7, 2016
      New York, New York

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge