**John Burke**

**Attorney at Law**  			26 Court Street – Suite 2805
Brooklyn, New York 11242
**TEL: (718) 875-3707**
**FAX: (718) 875-0053**

October 7, 2016

To the Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Length of Trial; <u>Raheem Amarazin</u>, 15-CR-445 (PAE)

Dear Judge Engelmayer:

     The defense estimates that its case, if any, would take one or two days. I will intermittently be assisted at trial by Edward Waldron, Esq. and receiving additional counseling services from Beverly Van Ness, Esq.

          Respectfully,

          _____/S/_____
          John M. Burke
          Attorney at Law