**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

October 7, 2016

VIA ECF

The Honorable Paul A Engelmeyer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    ***United States v. Miguel Romero***
              Ind. No. 15 cr. 445 (PAE)
              <u>Letter regarding Order of October 7, 2016</u>

Dear Judge Engelmeyer:

        Reference is made to the Courts Order of October 7, 2016 regarding the anticipated length of the upcoming trial in this matter before the Court.  It is respectfully suggested that should the defendant Miguel Romero exercise his right to testify at his trial, direct and cross-examination of the witness should take one day.  It is anticipated that if any additional witnesses, if called, would not take more than half a day.

                                            Very truly yours,

                                            /s/ *Guy Oksenhendler*
                                            Guy Oksenhendler