UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

JONATHAN HARRIS,
WILLIAM KNOX,
RYAN VALENTIN

          Defendant.

------------------------------------------------------------X

15 Cr. 445 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received requests by defendants Harris, Valentin and Knox to adjourn the due date for their suppression motions in this case (Dkt. Nos. 427, 429, 433). The current due date is November 10, 2016.

The Court extends the due date for any motion to suppress by these defendants until **November 17, 2016.** In order to not disrupt the motion schedule in this case, the Court cannot further extend the deadline. The due date for the Government's opposition remains December 2, 2016. The Clerk of Court is requested to terminate the motions at Dkt. Nos. 429 and 433.

SO ORDERED.

Dated: November 10, 2016
      New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge